# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
**(Rural Development)**

    **Plaintiff**

    vs.       Civil 98-2457 (RLA)

**LYDIA REYES RAMOS**

    **Defendant**

## ORDER STAYING SALE
## SCHEDULED FOR NOVEMBER 3, 1999

By Order of Hon. Raymond L. Acosta, U. S. District Judge, plaintiff's Motion to Stay Scheduled Sale, filed on November 2, 1999 (docket no. 10) is **GRANTED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 2nd day of November, 1999.

                         FRANCES RIOS DE MORAN
                         Clerk of Court

                         JOSE M. MORALES
                         Chief Deputy Clerk

*[Stamp: RECEIVED & FILED 1999 NOV -2 PM 6:12, CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, P.R.]*

11/2/99
s/c: AUSA Bhatia
2 USM