UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 MAR 13 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA
(Rural Development)

    V.                                  CASE NUMBER: CIVIL 98-2457 (RLA)

LYDIA REYES RAMOS

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 3/3/00   Docket # 14<br>[X] Plffs   [ ] Defts<br>[ ] Other<br><br>Title: Motion in Compliance With Local Rule 706 | NOTED. Plaintiff shall inform the Court of the status of the bankruptcy case on or before July 5, 2000. |

March 8, 2000               RAYMOND L. ACOSTA
    Date                          U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 15 |