UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

V.                                          CIVIL NO. 98-2457 (RLA)

LYDIA REYES RAMOS

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 6/29/00    Docket # 16<br><br>[X] Plaintiff<br><br>Title: Motion in Compliance with Local Rule 706 | NOTED. Next report on status of bankruptcy case shall be filed on or before October 31, 2000. |

July 13, 2000                    RAYMOND L. ACOSTA
    Date                          U.S. District Judge

Rec'd:           EOD:

By:              #17