UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

V.

LYDIA REYES RAMOS

CASE NUMBER: CIVIL 98-2457 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/17/00   Docket # 18<br>[X] Plffs   [ ] Defts<br>[ ] Other<br><br>Title: Motion in Compliance With Local Rule 706 | NOTED. Plaintiff shall inform the Court of the status of the bankruptcy case on or before March 12, 2001. |

December 9, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:     EOD:

By: /s/   # 19