UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

v.  CIVIL NO. 98-2457 (RLA)

LYDIA REYES RAMOS



O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 3/9/01   **Docket #** 20<br>[X] Plff.<br>**Title:** MOTION IN COMPLIANCE WITH LOCAL RULE 706 | Status of bankruptcy proceedings is **NOTED**.<br>Plaintiff shall file the next status report **on or before September 14, 2001**. |

March 23, 2001
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:       EOD:

By: ___ # 21