UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

V.                                CIVIL NO. 98-2457 (RLA)

LYDIA REYES RAMOS

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 3/9/01    Docket # 20<br><br>[X] Plaintiff<br><br>Title: Motion in Compliance with Local Rule 706 | Plaintiff is reminded that a report on the status of the bankruptcy case should have been filed **on or before September 14, 2001**. See Order dated March 23, 2001 (docket No. 21). Accordingly, unless plaintiff files a status report pursuant to Local Rule 706 **on or before October 19, 2001**, or otherwise shows cause, this action shall be automatically dismissed for lack of prosecution. |

October, 1, 2001          RAYMOND L. ACOSTA
     Date                  U.S. District Judge

Rec'd:          EOD:

By:          # 22