IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    CIVIL NO. 98-2457 (RLA)

LYDIA REYES RAMOS,

    Defendant.

### ORDER CLOSING CASE ADMINISTRATIVELY

Plaintiff having indicated that it will not take any further action to pursue or prosecute the execution of its judgment, and

It further appearing that there are no objections to the closing of this case for administrative purposes, it is

HEREBY ORDERED that this case be and is hereby CLOSED.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 18th day of October, 2001.

                          RAYMOND L. ACOSTA
                          United States District Judge

AO 72
(Rev 8/82)